# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO



FILED
JAN 27 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

TIFFANY CROSS,



CR 15 059 CRB

DEFENDANT(S).

---

## INDICTMENT

21 U.S.C. §§ 841 and 860 - Distribution of Cocaine Base - Within 1,000 Feet of a School

---

A true bill.

_____ Foreman

Filed in open court this 27th day of January 2015

Karen _____
KAREN L. ___
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE    Clerk

Bail, $ no bail arrest warrant

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

21 USC §§ 841(a)(1) and 860

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** Maximum Term of Imprisonment 40 years; Mandatory Minimum Term of Imprisonment 1 year; Maximum Fine of $2,000,000; Supervised Release Term of 6 years to life; Mandatory Special Assessment of $100; Denial of Federal Benefits

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED JAN 27 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**
▸ TIFFANY CROSS

**DISTRICT COURT NUMBER**
CR 15 059 CRB

---

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**
DRUG ENFORCEMENT ADMINISTRATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**Name and Office of Person Furnishing Information on this form** MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned)**

---

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▸
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▸ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▸ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:     Before Judge:

Comments:

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                             SAN FRANCISCO DIVISION

11

12 | UNITED STATES OF AMERICA,        ) CASE NO.
                                      )
13 |     Plaintiff,                   )
                                      ) VIOLATION: 21 U.S.C. §§ 841 and 860 –
14 |   v.                             ) Distribution of Cocaine Base – Within 1,000 Feet of a
                                      ) School
15 | TIFFANY CROSS                    )
        a/k/a LAKESHA MOORE,          ) SAN FRANCISCO VENUE
16 |    Defendant.                    )
                                      )
17                                    )
                                      )
18

19                                    I N D I C T M E N T

20  The Grand Jury charges:

21      On or about December 30, 2014, in the Northern District of California, the defendant,

22
                                      TIFFANY CROSS
23                                  a/k/a LAKESHA MOORE,

24  did knowingly and intentionally possess with intent to distribute and distribute a controlled substance, to

25  wit: Cocaine Base, a Schedule II controlled substance, and did so within 1,000 feet of the real property

26  comprising the San Francisco City Academy, an elementary school in San Francisco, in violation of

27  //

28
                                               1
    INDICTMENT

FILED
JAN 27 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 15 059

CRB

Title 21, United States Code, Sections 841(a)(1) and 860.

DATED: 1/27/15

A TRUE BILL.

*/s/*
FOREPERSON

MELINDA HAAG
United States Attorney

*/s/*
DANIEL KALEBA
Deputy Chief, General Crimes Section

(Approved as to form: _/s/_ )
AUSA Sarah Hawkins

INDICTMENT

2